UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
**Emmanuel Jean Baptiste**,
    Plaintiff,

-vs-                        **ORDER OF DISCONTINUANCE**

**Ryder Truck Rental, Inc.**,        CV- 04-2379(FB)(VVP)

    Defendant.
----------------------------------------------X



    It having been reported to the Court that the above action has been settled, it is

    ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.


                                  SO ORDERED.


                                _____
                                UNITED STATES DISTRICT JUDGE


DATED: Brooklyn, N.Y.
         May 24, 2005