UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
----------------------------------------X
EMMANUEL JEAN BAPTISTE,

                        Plaintiff,          STIPULATION
                                             OF DISCONTINUANCE
   - against -

                                             CV 04 2379 (FB)(VVP)
RYDER TRUCK RENTAL INC. and KARIM KOBEISSI,

                       Defendants.
----------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, and without costs to either party and as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
      May 25th, 2005

_____      _____
ERIC H. GREEN, ESQ.                        CONNORS & CONNORS, P.C.
Attorney for plaintiff                  Attorneys for defendants
295 Madison Avenue                     766 Castleton Avenue
New York, New York 10017           Staten Island, New York 10310

SO ORDERED

USDJ   6/15/05